IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01748–MSK–KMT

KEVIN THOMAS,

    Plaintiff,

v.

THE DENVER PUBLIC LIBRARY, a governmental entity,
THE DENVER PUBLIC LIBRARY COMMISSION, Directors of the Denver Public Library,
KEVIN O'CONNER, Current Director of the Denver Public Library,
TOM SCOTT, in his individual and official capacity,
PAM TOBIN, in her individual and official capacity, and
LETTY ICOLARI, in her individual and official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint" (Doc. No. 16, filed October 5, 2009) is GRANTED. The Clerk of Court is directed to file the Second Amended Complaint attached to the Motion (Doc. No. 16-2).

Dated: October 14, 2009