IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01748–MSK–KMT

KEVIN THOMAS,

      Plaintiff,

v.

KEVIN O'CONNER, Current Director of the Denver Public Library,
TOM SCOTT, in his individual and official capacity,
PAM TOBIN, in her individual and official capacity, and
LETTY ICOLARI, in her individual and official capacity,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendants' Unopposed Motion for Leave to File an Amended Answer" (#26, filed November 16, 2009) is GRANTED. The Clerk of Court is directed to file the "Defendants' Amended Answer to Second Amended Complaint" (#26-2) attached to the Motion.

Dated: November 19, 2009