IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01748-MSK-KMT

KEVIN THOMAS,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a governmental entity,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss **(#49)** filed July 20, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 21st day of July, 2010.

                                          BY THE COURT:

                                          Marcia S. Krieger
                                          United States District Judge